UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | |
|---|---|
| ____ | Priority |
| ✓ | **Send** |
| ____ | Clsd |
| ____ | Enter |
| ____ | JS-5/JS-6 |
| ____ | JS-2/JS-3 |
| ____ | Scan Only |

Case No.   CV 08-07987 DDP (VBKx)                    Dated: December 9, 2008

Title:   JOE SATRIANI, an individual -v- CHRISTOPHER MARTIN, an individual; JONATHAN BUCKLAND, an individual; GUY BERRYMAN, an individual; WILLIAM CHAMPION, an individual; and CAPITOL RECORDS, an entity of unknown form

================================================================================

PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                      None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

This action has been assigned to the calendar of Judge Dean D. Pregerson.

Counsel are encouraged to review the Central District's website for additional information. The address is **"http://www.cacd.uscourts.gov"**.

It is not necessary to clear a motion date with the Court Clerk prior to filing the motion. The Court hears motions only on Mondays at 10:00 a.m.

The Court requires non-blue backed Mandatory Chambers Copies of only the following manual and electronic filed documents:

(1)   All noticed motions and related documents; and

(2)   All *ex parte* applications and related documents.

Said courtesy copies are to be delivered directly to Room 244-J.

MINUTES FORM 11                                           Initials of Deputy Clerk __JAC_____
CIVIL -- GEN