| | |
|---|---|
| 1 | **THE WESTON FIRM** |
| 2 | GREGORY S. WESTON (239944) |
|   | JACK FITZGERALD (257370) |
| 3 | 888 Turquoise Street |
| 4 | San Diego, CA 92109 |
|   | Telephone: (858) 488-1672 |
| 5 | Facsimile:   (480) 247-4553 |
| 6 | greg@westonfirm.com |
|   | jack@westonfirm.com |
| 7 | |
| 8 | **BECK & LEE BUSINESS TRIAL LAWYERS** |
|   | JARED H. BECK (233743) |
| 9 | ELIZABETH LEE BECK (233742) |
| 10 | Courthouse Plaza Building |
|    | 28 West Flagler Street, Suite 555 |
| 11 | Miami, FL 33130 |
| 12 | Telephone: (305) 789-0072 |
|    | Facsimile:   (786) 664-3334 |
| 13 | jared@beckandlee.com |
| 14 | elizabeth@beckandlee.com |
| 15 | <u>**Attorneys for Plaintiffs and the Proposed Class**</u> |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE LAPAUSKY d/b/a D'AMES DAY SPA, | Case No: 2:10-cv-1578-VBF |
| | Pleading Type: Class Action |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| v. | |
| YELP! INC., | |
| Defendant. | |

---

*Cats and Dogs Animal Hospital, Inc., et al. v. Yelp! Inc.*, Case No. 2:10-CV-1578 VBF
**NOTICE OF SUBSTITUTION OF COUNSEL**

Please substitute GREGORY S. WESTON, JACK FITZGERALD, JARED H. BECK, and ELIABETH LEE BECK as counsel for Plaintiff CHRISTINE LAPAUSKY d/b/a D'AMES DAY SPA in this case.

Substitute counsels' addresses, phone numbers, and bar numbers are:

**THE WESTON FIRM**
GREGORY S. WESTON (239944)
JACK FITZGERALD (257370)
888 Turquoise Street
San Diego, CA 92109
Telephone: (858) 488-1672
Facsimile: (480) 247-4553
greg@westonfirm.com
jack@westonfirm.com

**BECK & LEE BUSINESS TRIAL LAWYERS**
JARED H. BECK (233743)
ELIZABETH LEE BECK (233742)
Courthouse Plaza Building
28 West Flagler Street, Suite 555
Miami, FL 33130
Telephone: (305) 789-0072
Facsimile: (786) 664-3334
jared@beckandlee.com
elizabeth@beckandlee.com

All further pleadings, orders, and notices should be sent to substitute counsel.

DATED: April 16, 2010

Respectfully Submitted,

*[signature]*
Christine LaPausky
Plaintiff

*[signature]*
Gregory S. Weston
Substitute Counsel

*[signature]*
Ron A. Marron
Withdrawing Counsel

1

*Cats and Dogs Animal Hospital, Inc., et al. v. Yelp! Inc.*, Case No. 2:10-CV-1578 VBF
NOTICE OF SUBSTITUTION OF COUNSEL

1  Submitted by,

2  **THE WESTON FIRM**
3  GREGORY S. WESTON
   JACK FITZGERALD
4  888 Turquoise Street
5  San Diego, CA 92109
   Telephone: (858) 488-1672
6  Facsimile:  (480) 247-4553

7
   **BECK & LEE BUSINESS TRIAL LAWYERS**
8  JARED H. BECK
9  ELIZABETH LEE BECK
   Courthouse Plaza Building
10 28 West Flagler Street, Suite 555
11 Miami, FL 33130
   Telephone: (305) 789-0072
12 Facsimile:  (786) 664-3334

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

*Cats and Dogs Animal Hospital, Inc., et al. v. Yelp! Inc.*, Case No. 2:10-CV-1578 VBF
NOTICE OF SUBSTITUTION OF COUNSEL

**CERTIFICATE OF SERVICE**

I, Evan P. Lee, declare:

I am employed in the City and County of San Diego, State of California in the office of a member of the bar of this court at whose discretion the following service was made. I am over the age of 18 and not a party to the within action. My business address is The Weston Firm, 888 Turquoise Street, San Diego, California 92107. On **April 16, 2010**, I served the following Documents:

1. **Notice of Substitution of Counsel**

via electronic filing, using the Court's Case Management/Electronic Case Filing system, to all parties listed for electronic service.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on April 16, 2010, in San Diego, California.

*/s/ Evan P. Lee*
Evan P. Lee